Frederick J. Barnard, et. al. vs. Charles A. Darling.

The *affidavit* of the amount due by the condition of a bond, on judgment by confession need not be filed.

A wrong endorsement on an execution is not ground for setting aside proceedings, where the execution has been returned *nulla bona.*

*Motion by defendants to set aside judgment and execution, &c.*—This was a judgment on bond and warrant of attorney: the motion was made on the ground, that no affidavit of amount due by the condition of the bond was filed, and that a wrong endorsement upon the execution was made, it being endorsed for a larger sum to be collected, than was due by the condition of the bond. It appeared that the execution was returned *nulla bona.*

C. P. Collier, *Defts Counsel.*    Collier and Elmendorf, *Defts Attys.*
Otis Allen, *Plffs Counsel.*    Allen & Hastings, *Plffs Attys.*

BEARDSLEY, Justice.—It is not necessary that the affidavit of the amount due by the condition of the bond, should be filed. The execution is returned *nulla bona,* and the wrong endorsement on it is not a sufficient ground to set aside the proceedings now.

Motion denied with costs.